| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* A02-0103-10 CR (HRH) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 06CRIM. 276 DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Agapito Crucey Southern District of New York | DISTRICT DISTRICT OF ALASKA | DIVISION Anchorage, Alaska |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable H. Russel Holland, Sr. U.S. District Court Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM March 10, 2006 — TO March 9, 2011 |

**OFFENSE**

Conspiracy to Possess and Distribute Controlled Substance, 21 U.S.C. § 846, 841(a)(1) and 841(b)(1)(A) Money Laundering, 18 U.S.C. § 1956(a)(1)

JUDGE WOOD

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ALASKA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/14/06
*Date*

**REDACTED SIGNATURE**
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF NEW YORK</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 2 7 2006
*Effective Date*

**REDACTED SIGNATURE**
*United States District Judge*

Marshale